Alfred H. Newburger and Others v. American Surety Company.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

The People of the State of New York ex rel. Edna F. Steiger v. William T. Collins, as Acting Mayor, etc., and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Pasquale Sarconi v. 122 West Twenty-sixth Street Corporation.— Motion granted. Present — Clarke, P. J.; Dowling, Finch, McAvoy and Martin, JJ.

James Shewan & Sons, Inc., v. William Wirt Mills, as Commissioner, etc. (Charles L. Craig and Clinton Dry Docks, Inc.) — Motion granted. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Irving L. Kaden and Others v. Standard Bleachery Company.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Benjamin H. Whitestone, an Attorney.— Reference ordered to Hon. Joseph E. Newburger, official referee. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Charlotte Kreutzkamp, Respondent, v. Herman J. Kreutzkamp, Appellant. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Esther Abraham, Respondent, v. Paul Shimmon, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Louis Neuburger and Another, Copartners, etc., Respondents, v. A. D. B. Construction Co., Inc., and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Charles H. Darmstadt, Respondent, v. The City of New York, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Banco Nacional Do Commercio, Respondent, Appellant, v. Guaranty Trust Company of New York, Appellant, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Siegfried Kassewitz, Doing Business as La Parisienne Market Company, Respondent, v. Louise B. Cater, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer anew as to the third allegation of the complaint, within ten days from service of order, upon payment of said costs and all costs in the action to date. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Franklin Webster and Another, Appellants, v. Carl L. Gleizes, Jr., as Executor, etc., of Charles A. Webster, Deceased, and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

Barney Udcoff, as Administrator, etc., of Jennie Udcoff, Deceased, Respondent, v. The American Cotton Oil Company, Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. No opinion   Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.